judgment on the administrative order in her favor is denied.

No costs.

**COMMITTEE FOR FAIR BEAM IMPORTS, Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Hyundai Steel Company, Defendant–Appellee.**

No. 2007–1326.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2008.

John R. Shane, Wiley Rein, LLP, of Washington, DC, argued for the plaintiff-appellant. With him on the brief were Alan H. Price and Christopher B. Weld.

Donald B. Cameron, Troutman Sanders, LLP, of Washington, DC argued for the defendant-appellee Hyundai Steel Company. With him on the brief were Julie C. Mendoza, Brady W. Mills, and R. Will Planert. Of counsel was Jeffery S. Grimson.

was correctly decided.

Marc A. Bernstein, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for the defendant-appellee United States. With him on the brief were James M. Lyons, General Counsel, and Neal J. Reynolds, Assistant General Counsel.

Before MICHEL, Chief Judge, BRYSON, Circuit Judge, and KENNELLY * District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.